IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                        PLAINTIFF/RESPONDENT

    v.                        Civil No. 08-6084
                      Crim. No. 06-60018

JAMES EDWIN PATE                                   DEFENDANT/PETITIONER

**<u>ORDER</u>**

Now on this 19th day of March 2009, there comes on for consideration the report and recommendation filed herein on February 24, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 59).  No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the 28 U.S.C. § 2255 motion (Doc. 49) and the Motion for Reconsideration or Release (Doc. 54) are DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge

**AO72A**
**(Rev. 8/82)**